## United States District Court for the Southern District of Illinois

**Deborah Laufer Individually,**
    Plaintiff(s),
vs.

**Hayosha Inc dba Fairview Inn Montrose an Illinois Corporation,**
    Defendant(s).

**CASE NO.: 20 CV 885 RJD**



For: **Stewart and Associates Inc.**

## AFFIDAVIT OF SERVICE

Received on September 11, 2020, to be served on:

**Hayosha Inc. c/o Rachana S Parrish 1509 Lake Land Blvd, Mattoon, IL 61938.**

I, **Stephen R Heitz**, being first duly sworn on oath, depose and say the following:

I SERVED, on **September 11, 2020 at 12:54 PM**, the within

**Civil Cover Sheet; Summons in a Civil Action; Complaint; Entry of Appearance; Notice of Electronic Filing; Letter** In accordance with state statutes in the manner indicated below:

**CORPORATE SERVICE:** By leaving a copy of the above mentioned documents with

Name: **RACHANNA PARRISH** Title: **REG. AGENT**, an officer or agent of Hayosha Inc.

At c/o Rachana S Parrish 1509 Lake Land Blvd, Mattoon, IL 61938.

Description of person accepting service:

| Sex | Skin | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Indian | Black | 36-40 | 5'06" | 170 |

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

State of Illinois
__Logan__ County
Signed and sworn to before me on
this __14__ day of __September, 2020__.

_____
Notary Public

SERVED BY: _____
Process Server Number: 129-295481
Stewart and Associates Inc.
50 W Douglas St Ste 1200
Freeport, IL 61032
815-235-3807 - M
IL Lic#117-001077

*386925*



"OFFICIAL SEAL"
AMANDA MONTCALM
Notary Public, State of Illinois
My Commission Expires 6/27/2021